UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                      INDICTMENT NO. _____

DARRELL NATHAN EVERSOLE

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about October 11, 2022, in Knox County, in the Eastern District of Kentucky,

**DARRELL NATHAN EVERSOLE**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about October 11, 2022, in Knox County, in the Eastern District of Kentucky,

**DARRELL NATHAN EVERSOLE**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with the intent to distribute a mixture or substance containing a detectable amount of

methamphetamine in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about October 11, 2022, in Knox County, in the Eastern District of Kentucky,

**DARRELL NATHAN EVERSOLE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith & Wesson M&P 9mm handgun with serial number JBH6998, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **DARRELL NATHAN EVERSOLE** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **DARRELL NATHAN EVERSOLE** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **DARRELL NATHAN EVERSOLE** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations

of 18 U.S.C. §§ 922 and 924. Any and all interest that **DARRELL NATHAN EVERSOLE** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**

1. A Smith & Wesson M&P 9mm handgun serial number JBH6998;
2. 9mm ammunition.

A TRUE BILL

███████████████

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 2

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – a fine of not more than $250,000, and not more than 5 years of supervised release.

### COUNT 3:

Not more than 15 years imprisonment, a fine of not more than $250,000, and not more than 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed items.